IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAIGE GAGLIONE, ET AL., ) | CASE NO. 1:15-cv-01638-PAG |
| ) | |
| Plaintiffs, ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| vs. ) | |
| ) | |
| BISTECCA CORP., ET AL., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE**

NOW COME the Parties, by and through their undersigned counsel, and hereby stipulate that the within action may be dismissed with prejudice in its entirety, with each party to bear its respective costs and attorneys' fees. The parties further request that the Court approve the Settlement Agreement entered into the parties which has been annexed under seal as an attachment hereto.

Based upon the above stipulation and for good cause shown it is ORDERED, ADJUDGED, AND DECREED that the settlement agreement entered into between the parties to this action and annexed as an attachment under seal hereto is approved and that the within action be and the same is hereby dismissed with prejudice. It is FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own respective costs and attorneys' fees and that the settlement agreement of the parties shall be maintained as an attachment under seal.

| SO STIPULATED: | SO ORDERED: |
|---|---|

/s/ *Steven E. Seasly*        /s/ Patricia A. Gaughan    1/29/16
Steven E. Seasly, Esq. (#0070536)   Judge Patricia A. Gaughan
HAHN, LOESER & PARKS, LLP
200 Public Square – Suite 2800
Cleveland, OH 44114-2301
Telephone: 216.621.0150
Facsimile: 216.241.2824
E-mail: sseasly@hahnlaw.com

*Attorneys for Defendants*

/s/ *James L. Simon*
James L. Simon (0089483)
6000 Freedom Square Drive
Freedom Square II – Suite 165
Independence, Ohio 44131
Telephone: (216) 525-8890
Fax (216) 642-5814
Email: Jameslsimonlaw@yahoo.com

*Attorney for Plaintiffs*